UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Case No. 16-md-02741-VC |
| This document relates to: <br> *Booth v. Monsanto Co.*, <br> Case No. 3:20-cv-04654-VC | **ORDER GRANTING IN PART MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** <br> Re: Dkt. No. 20482 |

The request for leave to file a motion for reconsideration of the Court's Pretrial Order No. 324—insofar as it granted Monsanto's motion to exclude plaintiffs' expert Dr. Kevin Knopf's opinion regarding the above captioned matter—is granted. The brief filed by Booth in support of that request is deemed the motion for reconsideration. Monsanto is ordered to file a response to plaintiffs' motion for reconsideration within 7 days. Booth may file a reply 7 days thereafter.

The Court is tentatively inclined to think that the failure to meaningfully consider Booth's family history of solid tumors is not enough, on its own, to exclude Knopf's opinion. However, with many of the experts excluded in Wave 7 cases, the Court did not discuss each flaw in each expert's opinion. Therefore, in addition to addressing Knopf's treatment of Booth's family history, Monsanto should flag any other serious issues it believes exist with Knopf's opinion, such as whether he adequately considered Booth's history of Type 2 diabetes.

2

Monsanto's response may not exceed 15 pages, and Booth's reply may not exceed 10 pages.

**IT IS SO ORDERED.**

Dated: May 19, 2025

_____
VINCE CHHABRIA
United States District Judge